# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| HIEU T NGUYEN | § | Case No. 15-31698 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 09/17/2015 . The case was converted to one under Chapter 7 on 03/03/2016 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $   10,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 4.20 |
   | Bank service fees | 125.83 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]       $ | 9,869.97 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/01/2017 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,750.00 , for a total compensation of $ 1,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 76.39 , for total expenses of $ 76.39 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/04/2018                By: /s/Peter N. Metrou, Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-31698 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | HIEU T NGUYEN | | | | Date Filed (f) or Converted (c): | 03/03/2016 (c) |
| | | | | | 341(a) Meeting Date: | 04/04/2016 |
| For Period Ending: | 04/04/2018 | | | | Claims Bar Date: | 05/01/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 194 Holly Street Bolingbrook, IL 60490 | 227,117.00 | 16,317.00 | | 0.00 | FA |
| 2. chase Bank, Joint Checking Account with Wife | 5.00 | 0.00 | | 0.00 | FA |
| 3. chase checking | 100.00 | 0.00 | | 0.00 | FA |
| 4. chase Checking | 12.00 | 0.00 | | 0.00 | FA |
| 5. Transamerica Annuity | 2,324.35 | 2,324.35 | | 0.00 | FA |
| 6. 3 beds, 3 dressers, dining room set, family room set, 2nd li | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. One ordinary Adult supply | 200.00 | 0.00 | | 0.00 | FA |
| 8. Sports equipment, treadmill, home gym, stair stepper | 300.00 | 0.00 | | 0.00 | FA |
| 9. Policy through work | 0.00 | 0.00 | | 0.00 | FA |
| 10. 401k (401k account frozen due to pending divorce action) | 50,000.00 | 0.00 | | 0.00 | FA |
| 11. Shares of Exelon Stock | 500.00 | 500.00 | | 0.00 | FA |
| 12. Pension (pension frozen due to pending divorce) | 60,000.00 | 0.00 | | 0.00 | FA |
| 13. 2001 Toyota Rav4 with 240,000 miles | 2,132.00 | 0.00 | | 0.00 | FA |
| 14. 2009 Lexus ISF with 35,000 miles | 31,685.00 | 31,417.00 | | 10,000.00 | FA |
| 15. 2008 Honda Accord EX with 45,000 miles, in wifes possession | 9,637.00 | 9,637.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $385,012.35 | $60,195.35 | | $10,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Converted Ch 13. Investigation into equity in vehicles 7/15/2016. 5/15/17 Motion to Settle filed. Claims Review in progress. Debtor's ex-spouse filed claim with unknown amount for divorce settlement. Claims review and objections continues 12/21/17.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Initial Projected Date of Final Report (TFR): 05/01/2017     Current Projected Date of Final Report (TFR): 02/28/2018

Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-31698 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: HIEU T NGUYEN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5934 |
| | Checking |
| Taxpayer ID No: XX-XXX3781 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 04/04/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/22/17 | 14 | Hieu T. Nguyen<br>Debtor Address | Court Approved<br>See Dckt #88 | 1129-000 | $10,000.00 | | $10,000.00 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,990.00 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.85 | $9,975.15 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.83 | $9,960.32 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.33 | $9,945.99 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.79 | $9,931.20 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.29 | $9,916.91 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.74 | $9,902.17 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.72 | $9,887.45 |
| 02/08/18 | 1001 | International Sureties Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond Payment | 2300-000 | | $4.20 | $9,883.25 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.28 | $9,869.97 |

| | COLUMN TOTALS | $10,000.00 | $130.03 |
|---|---|---|---|
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*   Page Subtotals:   $10,000.00   $130.03

|  | Subtotal | $10,000.00 | $130.03 |
|---|---|---|---|
|  | Less: Payments to Debtors | $0.00 | $0.00 |
|  | Net | $10,000.00 | $130.03 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5934 - Checking | $10,000.00 | $130.03 | $9,869.97 |
|  | $10,000.00 | $130.03 | $9,869.97 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| **Total Net Deposits:** | **$10,000.00** |
| **Total Gross Receipts:** | **$10,000.00** |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:15-31698-BWB  
Debtor Name: HIEU T NGUYEN  
Claims Bar Date: 5/1/2017  

Date: April 4, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,750.00 | $1,750.00 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $76.39 | $76.39 |
| 2 270 5700 | KAREN L. SHISHEM<br>53 WEST JACKSON BLVD.<br>SUITE 1603<br>CHICAGO, ILLINOIS 60604 | Priority<br>Payment Status:<br>Valid To Pay | | $0.00 | $2,651.02 | $2,651.02 |
| 1 300 7100 | AUGUSTA VILLAGE HOMEOWNERS" ASSOCIATION<br>C/O KEOUGH & MOODY, P.C.<br>1250 E. DIEHL ROAD, SUITE 405<br>NAPERVILLE, IL 60563 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $363.00 | $363.00 |
| 4 300 7100 | CAPITAL ONE, N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $8,894.19 | $8,894.19 |
| 6 300 7100 | CAPITAL ONE, N.A.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $2,755.47 | $2,755.47 |
| 7 300 7100 | ALYSSA TRAN<br>194 HOLLY STREET<br>BOLINGBROOK, ILLINOIS 60490 | Unsecured<br>Payment Status:<br>Invalid | per C/O see Dkt# 102 | $0.00 | $0.00 | $0.00 |
| 8 300 7100 | QUANTUM3 GROUP LLC AS AGENT FOR<br>SADINO FUNDING LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,862.23 | $1,862.23 |
| 9 300 7100 | ECAST SETTLEMENT CORPORATION<br>POB 29262<br>New York, NY 10087-9262 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $19,334.39 | $19,334.39 |

Page 1                                   Printed: April 4, 2018

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:15-31698-BWB  
Debtor Name: HIEU T NGUYEN  
Claims Bar Date: 5/1/2017  

Date: April 4, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 10 300 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR DIRECTV, LLC PO Box 51178 Los Angeles, CA 90051-5478 | Unsecured Payment Status: Valid To Pay | | $0.00 | $332.92 | $332.92 |
| 11 300 7100 | DEPARTMENT STORES NATIONAL BANK C/O AMERICAN INFOSOURCE LP PO BOX 4457 HOUSTON, TX 77210-4457 | Unsecured Payment Status: Valid To Pay | | $0.00 | $4,671.64 | $4,671.64 |
| 12 300 7100 | SYNCHRONY BANK c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 | Unsecured Payment Status: Valid To Pay | | $0.00 | $10,622.74 | $10,622.74 |
| 13 300 7100 | PORTFOLIO RECOVERY ASSOCIATES, LLC SUCCESSOR TO U.S. BANK NATIONAL ASSOCIATION (SKYPASS VISA) POB 41067 NORFOLK VA 23541 | Unsecured Payment Status: Valid To Pay | | $0.00 | $8,832.43 | $8,832.43 |
| 14 300 7100 | COMENITY CAPITAL BANK C O WEINSTEIN & RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsecured Payment Status: Valid To Pay | | $0.00 | $1,666.42 | $1,666.42 |
| 3 400 4110 | CITIMORTGAGE, INC. P.O. BOX 688971 DES MOINES, IA 50368-8971 | Secured Payment Status: Invalid | Per C/O see Dkt# 99 | $0.00 | $222,485.56 | $222,485.56 |
| 5 400 4110 | BANK OF AMERICA PO BOX 31785 TAMPA, FL 33631-3785 | Secured Payment Status: Invalid | Per C/O see Dkt# 99 | $0.00 | $5,351.58 | $5,351.58 |
| | Case Totals | | | $0.00 | $291,649.98 | $291,649.98 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                                            Printed: April 4, 2018

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-31698
Case Name: HIEU T NGUYEN
Trustee Name: Peter N. Metrou, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 9,869.97 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: Peter N. Metrou | $ 76.39 | $ 0.00 | $ 76.39 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,826.39 |
| Remaining Balance | $ 8,043.58 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,651.02 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | KAREN L. SHISHEM | $ 2,651.02 | $ 0.00 | $ 2,651.02 |

|  | Total to be paid to priority creditors | $ 2,651.02 |
|---|---|---|
|  | Remaining Balance | $ 5,392.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,335.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AUGUSTA VILLAGE HOMEOWNERS" ASSOCIATION | $ 363.00 | $ 0.00 | $ 32.99 |
| 4 | CAPITAL ONE, N.A. | $ 8,894.19 | $ 0.00 | $ 808.33 |
| 6 | CAPITAL ONE, N.A. | $ 2,755.47 | $ 0.00 | $ 250.42 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 1,862.23 | $ 0.00 | $ 169.24 |
| 9 | ECAST SETTLEMENT CORPORATION | $ 19,334.39 | $ 0.00 | $ 1,757.16 |
| 10 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 332.92 | $ 0.00 | $ 30.26 |
| 11 | DEPARTMENT STORES NATIONAL BANK | $ 4,671.64 | $ 0.00 | $ 424.57 |
| 12 | SYNCHRONY BANK | $ 10,622.74 | $ 0.00 | $ 965.42 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 8,832.43 | $ 0.00 | $ 802.71 |
| 14 | COMENITY CAPITAL BANK | $ 1,666.42 | $ 0.00 | $ 151.46 |

Total to be paid to timely general unsecured creditors  $ 5,392.56

    Remaining Balance $\hspace{6em}$ $\underline{\hspace{6em}0.00}$

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE