UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| HIEU T NGUYEN | § | Case No. 15-31698 |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PETER N. METROU, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/20/2018 in Courtroom ,

Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/12/2018          By: /s/ Peter N. Metrou
                                         Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| **HIEU T. NGUYEN,** | ) | CASE NO. 15-31698 |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

**NOTICE OF MOTION**

To:  See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT AND FINAL FEE APPLICATION**

**PROOF OF SERVICE**

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 12th day of June, 2018, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                */s/ Peter N. Metrou*
                                                **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

SERVICE LIST

**Via First-Class Mail**

| | | |
|---|---|---|
| US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Alyssa K Tran<br>194 Holly Street<br>Bolingbrook, IL 60490-2107 | Alyssa Tran<br>194 Holly Street<br>Bolingbrook, Illinois 60490-2107 |
| American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 51178<br>Los Angeles, CA  90051-5478 | Augusta Village HOA<br>c/o M Keough<br>1250 E Diehl Rd Suite 405<br>Naperville, IL 60563-9389 | Augusta Village Homeowners' Association<br>c/o Keough & Moody, P.C.<br>1250 E. Diehl Road, Suite 405<br>Naperville, IL 60563-9389 |
| Bank of America<br>450 American St<br>Simi Valley, CA 93065-6285 | Bank of America<br>PO BOX 31785<br>Tampa, FL 33631-3785 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Capital One, N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Citicards<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | CitiMortgage<br>c/o Codilis and Assoc<br>15W030 N Frontage Rd Suite 100<br>Burr Ridge, IL 60527-6921 | CITIMORTGAGE, INC.<br>c/o Codilis & Associates, P.C.<br>15W030 N. Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 |
| CITIMORTGAGE, INC.<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | CitiMortgage, Inc.<br>P.O. Box 688971<br>Des Moines, IA 50368-8971 | Comenity Capital Bank<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Department Stores National Bank<br>c/o American InfoSource LP<br>PO Box 4457<br>Houston, TX  77210-4457 | eCAST Settlement Corporation<br>POB 29262<br>New York, NY 10087-9262 | Hieu T Nguyen<br>1802 Pier Way<br>Unit 210<br>Bloomington, IL 61704-9514 |
| Karen L. Shishem<br>53 West Jackson Blvd.<br>Suite 1603<br>Chicago, Illinois 60604-3708 | Kay Jewelers<br>375 Ghent Road<br>Akron, OH 44333-4600 | Kohls<br>PO Box 3043<br>Milwaukee, WI 53201-3043 |
| Macy's<br>PO Box 8058<br>Mason, OH 45040-8058 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Paypal Credit<br>PO Box 5138<br>Lutherville Timonium, MD 21094-5138 |

SERVICE LIST

| | | |
|---|---|---|
| Sams Club SYNCB<br>Bankruptcy Dept<br>PO Box 103104<br>Roswell, GA 30076-9104 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |

**Via ECF**

| | | |
|---|---|---|
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Alonzo H Zahour<br>Law Office of Alonzo H. Zahour<br>235 Remington Boulevard Suite G1<br>Bolingbrook, IL 60440-3686 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
§
HIEU T NGUYEN § Case No. 15-31698
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 130.03 |
| leaving a balance on hand of[1] | $ | 9,869.97 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: Peter N. Metrou | $ 76.39 | $ 0.00 | $ 76.39 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,826.39 |
| Remaining Balance | $ 8,043.58 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,651.02  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | KAREN L. SHISHEM | $ 2,651.02 | $ 0.00 | $ 2,651.02 |
| | Total to be paid to priority creditors | | | $ 2,651.02 |
| | Remaining Balance | | | $ 5,392.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,335.43  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  9.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AUGUSTA VILLAGE HOMEOWNERS" ASSOCIATION | $ 363.00 | $ 0.00 | $ 32.99 |
| 4 | CAPITAL ONE, N.A. | $ 8,894.19 | $ 0.00 | $ 808.33 |
| 6 | CAPITAL ONE, N.A. | $ 2,755.47 | $ 0.00 | $ 250.42 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 1,862.23 | $ 0.00 | $ 169.24 |
| 9 | ECAST SETTLEMENT CORPORATION | $ 19,334.39 | $ 0.00 | $ 1,757.16 |
| 10 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 332.92 | $ 0.00 | $ 30.26 |
| 11 | DEPARTMENT STORES NATIONAL BANK | $ 4,671.64 | $ 0.00 | $ 424.57 |
| 12 | SYNCHRONY BANK | $ 10,622.74 | $ 0.00 | $ 965.42 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 8,832.43 | $ 0.00 | $ 802.71 |
| 14 | COMENITY CAPITAL BANK | $ 1,666.42 | $ 0.00 | $ 151.46 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 5,392.56 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.