# UNITED STATES BANKRUPTCY COURT
## NORTHERN  DISTRICT OF  ILLINOIS
### EASTERN  DIVISION

In Re:                                    §
                                          §
HIEU T NGUYEN                             §        Case No. 15-31698
                                          §
            Debtor                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 221,995.35 *(Without deducting any secured claims)* | Assets Exempt: 131,600.00 |
| Total Distributions to Claimants:  8,043.58 | Claims Discharged Without Payment:  53,942.87 |
| Total Expenses of Administration:  1,956.42 | |

3) Total gross receipts of $ 10,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,956.42 | 1,956.42 | 1,956.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 2,651.02 | 2,651.02 | 2,651.02 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 59,335.43 | 59,335.43 | 5,392.56 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 63,942.87 | $ 63,942.87 | $ 10,000.00 |

4)  This case was originally filed under chapteron  09/17/2015 , and it was converted to chapter 7 on  03/03/2016 .  The case was pending for 31 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/17/2018                    By:/s/Peter N. Metrou, Trustee
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 Lexus ISF with 35,000 miles | 1129-000 | 10,000.00 |
| TOTAL GROSS RECEIPTS | | $ 10,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| Peter N. Metrou | 2200-000 | NA | 76.39 | 76.39 | 76.39 |
| International Sureties Ltd. | 2300-000 | NA | 4.20 | 4.20 | 4.20 |
| Associated Bank | 2600-000 | NA | 125.83 | 125.83 | 125.83 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,956.42 | $ 1,956.42 | $ 1,956.42 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | KAREN L. SHISHEM | 5700-000 | NA | 2,651.02 | 2,651.02 | 2,651.02 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 2,651.02 | $ 2,651.02 | $ 2,651.02 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 332.92 | 332.92 | 30.26 |
| 1 | AUGUSTA VILLAGE HOMEOWNERS" ASSOCIATION | 7100-000 | NA | 363.00 | 363.00 | 32.99 |
| 4 | CAPITAL ONE, N.A. | 7100-000 | NA | 8,894.19 | 8,894.19 | 808.33 |
| 6 | CAPITAL ONE, N.A. | 7100-000 | NA | 2,755.47 | 2,755.47 | 250.42 |
| 14 | COMENITY CAPITAL BANK | 7100-000 | NA | 1,666.42 | 1,666.42 | 151.46 |
| 11 | DEPARTMENT STORES NATIONAL BANK | 7100-000 | NA | 4,671.64 | 4,671.64 | 424.57 |
| 9 | ECAST SETTLEMENT CORPORATION | 7100-000 | NA | 19,334.39 | 19,334.39 | 1,757.16 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 8,832.43 | 8,832.43 | 802.71 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 1,862.23 | 1,862.23 | 169.24 |
| 12 | SYNCHRONY BANK | 7100-000 | NA | 10,622.74 | 10,622.74 | 965.42 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 59,335.43 | $ 59,335.43 | $ 5,392.56 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-31698 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | HIEU T NGUYEN | | | | Date Filed (f) or Converted (c): | 03/03/2016 (c) |
| | | | | | 341(a) Meeting Date: | 04/04/2016 |
| For Period Ending: | 09/17/2018 | | | | Claims Bar Date: | 05/01/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  194 Holly Street Bolingbrook, IL 60490 | 227,117.00 | 16,317.00 | | 0.00 | FA |
| 2.  chase Bank, Joint Checking Account with Wife | 5.00 | 0.00 | | 0.00 | FA |
| 3.  chase checking | 100.00 | 0.00 | | 0.00 | FA |
| 4.  chase Checking | 12.00 | 0.00 | | 0.00 | FA |
| 5.  Transamerica Annuity | 2,324.35 | 2,324.35 | | 0.00 | FA |
| 6.  3 beds, 3 dressers, dining room set, family room set, 2nd li | 1,000.00 | 0.00 | | 0.00 | FA |
| 7.  One ordinary Adult supply | 200.00 | 0.00 | | 0.00 | FA |
| 8.  Sports equipment, treadmill, home gym, stair stepper | 300.00 | 0.00 | | 0.00 | FA |
| 9.  Policy through work | 0.00 | 0.00 | | 0.00 | FA |
| 10.  401k (401k account frozen due to pending divorce action) | 50,000.00 | 0.00 | | 0.00 | FA |
| 11.  Shares of Exelon Stock | 500.00 | 500.00 | | 0.00 | FA |
| 12.  Pension (pension frozen due to pending divorce) | 60,000.00 | 0.00 | | 0.00 | FA |
| 13.  2001 Toyota Rav4 with 240,000 miles | 2,132.00 | 0.00 | | 0.00 | FA |
| 14.  2009 Lexus ISF with 35,000 miles | 31,685.00 | 31,417.00 | | 10,000.00 | FA |
| 15.  2008 Honda Accord EX with 45,000 miles, in wifes possession | 9,637.00 | 9,637.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $385,012.35 | $60,195.35 | | $10,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Converted Ch 13. Investigation into equity in vehicles 7/15/2016. 5/15/17 Motion to Settle filed. Claims Review in progress. Debtor's ex-spouse filed claim with unknown amount
for divorce settlement. Claims review and objections continues 12/21/17.

Initial Projected Date of Final Report (TFR): 05/01/2017        Current Projected Date of Final Report (TFR): 02/28/2018

Exhibit 8

Case 15-31698   Doc 107   Filed 10/09/18   Entered 10/09/18 13:26:35   Desc Main

FORM 2

Document   Page 8 of 11

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 15-31698 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | HIEU T NGUYEN | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5934 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3781 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 09/17/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/22/17 | 14 | Hieu T. Nguyen<br>Debtor Address | Court Approved<br>See Dckt #88 | 1129-000 | $10,000.00 | | $10,000.00 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,990.00 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.85 | $9,975.15 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.83 | $9,960.32 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.33 | $9,945.99 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.79 | $9,931.20 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.29 | $9,916.91 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.74 | $9,902.17 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.72 | $9,887.45 |
| 02/08/18 | 1001 | International Sureties Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond Payment | 2300-000 | | $4.20 | $9,883.25 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.28 | $9,869.97 |
| 07/30/18 | 1002 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Distribution | | | $1,826.39 | $8,043.58 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Page Subtotals: | | $10,000.00 | $1,956.42 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-31698
Case Name: HIEU T NGUYEN

Taxpayer ID No: XX-XXX3781
For Period Ending: 09/17/2018

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5934
                     Checking
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($1,750.00) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($76.39) | 2200-000 | | | |
| 07/30/18 | 1003 | KAREN L. SHISHEM 53 WEST JACKSON BLVD. SUITE 1603 CHICAGO, ILLINOIS 60604 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 5700-000 | | $2,651.02 | $5,392.56 |
| 07/30/18 | 1004 | AUGUSTA VILLAGE HOMEOWNERS" ASSOCIATION C/O KEOUGH & MOODY, P.C. 1250 E. DIEHL ROAD, SUITE 405 NAPERVILLE, IL 60563 | Final distribution to claim 1 representing a payment of 9.09 % per court order. | 7100-000 | | $32.99 | $5,359.57 |
| 07/30/18 | 1005 | CAPITAL ONE, N.A. PO BOX 71083 CHARLOTTE, NC 28272-1083 | Final distribution to claim 4 representing a payment of 9.09 % per court order. | 7100-000 | | $808.33 | $4,551.24 |
| 07/30/18 | 1006 | CAPITAL ONE, N.A. C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Final distribution to claim 6 representing a payment of 9.09 % per court order. | 7100-000 | | $250.42 | $4,300.82 |
| 07/30/18 | 1007 | QUANTUM3 GROUP LLC AS AGENT FOR SADINO FUNDING LLC PO BOX 788 KIRKLAND, WA 98083-0788 | Final distribution to claim 8 representing a payment of 9.09 % per court order. | 7100-000 | | $169.24 | $4,131.58 |
| 07/30/18 | 1008 | ECAST SETTLEMENT CORPORATION POB 29262 New York, NY 10087-9262 | Final distribution to claim 9 representing a payment of 9.09 % per court order. | 7100-000 | | $1,757.16 | $2,374.42 |
| 07/30/18 | 1009 | AMERICAN INFOSOURCE LP AS AGENT FOR DIRECTV, LLC PO Box 51178 Los Angeles, CA 90051-5478 | Final distribution to claim 10 representing a payment of 9.09 % per court order. | 7100-000 | | $30.26 | $2,344.16 |

Page Subtotals:  $0.00  $5,699.42

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Case 15-31698    Doc 107    Filed 10/09/18    Entered 10/09/18 13:26:35    Desc Main
Document    Page 10 of 11

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-31698

Case Name: HIEU T NGUYEN

Taxpayer ID No: XX-XXX3781

For Period Ending: 09/17/2018

Trustee Name: Peter N. Metrou, Trustee

Bank Name: Associated Bank

Account Number/CD#: XXXXXX5934

Checking

Blanket Bond (per case limit): $1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/30/18 | 1010 | DEPARTMENT STORES NATIONAL BANK<br>C/O AMERICAN INFOSOURCE LP<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Final distribution to claim 11 representing a payment of 9.09 % per court order. | 7100-000 | | $424.57 | $1,919.59 |
| 07/30/18 | 1011 | SYNCHRONY BANK<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 12 representing a payment of 9.09 % per court order. | 7100-000 | | $965.42 | $954.17 |
| 07/30/18 | 1012 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>SUCCESSOR TO U.S. BANK NATIONAL ASSOCIATION (SKYPASS VISA)<br>POB 41067<br>NORFOLK VA 23541 | Final distribution to claim 13 representing a payment of 9.09 % per court order. | 7100-000 | | $802.71 | $151.46 |
| 07/30/18 | 1013 | COMENITY CAPITAL BANK<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Final distribution to claim 14 representing a payment of 9.09 % per court order. | 7100-000 | | $151.46 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $10,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $10,000.00 |

Page Subtotals:    $0.00    $2,344.16

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5934 - Checking | $10,000.00 | $10,000.00 | $0.00 |
|  | $10,000.00 | $10,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals: $0.00 $0.00